1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10 DAVID SUMNER IV,

11                         Plaintiff,

12          v.

13 ALLSTATE INSURANCE CORP, et
al.,

14

                        Defendant.

15

CASE NO. 3:19-CV-6183-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: February 21, 2020

16         Plaintiff David T. Sumner, IV, proceeding *pro se*, filed this action alleging violations of

17 his constitutional rights. *See* Dkt. 1-1. The District Court has referred Plaintiff's pending

18 Application to Proceed *In Forma Pauperis* ("IFP") and Proposed Complaint to United States

19 Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

20         Plaintiff filed this action on December 10, 2019. *See* Dkt. 1. On December 20, 2019, the

21 Court screened Plaintiff's Proposed Complaint and found it was deficient because Plaintiff failed

22 to state a claim for which relief may be granted. *See* Dkt. 4. The Court dismissed the Proposed

23 Complaint without prejudice, re-noted the pending Application to Proceed IFP, and provided

24 Plaintiff leave to file an amended pleading by January 24, 2020, to cure the identified

1 deficiencies. *Id*. The Court warned that failure to file an amended complaint or adequately

2 respond to the issues identified in the Order would result in the Court recommending the

3 Application to Proceed be denied and the case be closed. *Id*.

4      Plaintiff has failed to comply with the Court's Order. He has not filed a response to the

5 Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to

6 state a claim upon which relief can be granted in the Proposed Complaint. *See* Dkt. 4. Therefore,

7 the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be

8 dismissed without prejudice.

9      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

10 Procedure, the parties shall have fourteen (14) days from service of this Report to file written

11 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

12 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

13 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on February

14 21, 2020, as noted in the caption.

15      Dated this 3rd day of February, 2020.

16

17                                  David W. Christel

18                                  United States Magistrate Judge

19

20

21

22

23

24