UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID T. SUMNER IV,<br><br>    Plaintiff,<br><br> v.<br><br>ALLSTATE INSURANCE CORP, et al.,<br><br>    Defendants. | CASE NO. C19-6183 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Plaintiff's application for leave to proceed *in forma pauperis*, Dkt. 1, is **DENIED** and the case is **DISMISSED without prejudice**; and

(3)   The Clerk shall enter **JUDGMENT** and close this case.

Dated this 2nd day of March, 2020.

            /s/ Benjamin H. Settle
            BENJAMIN H. SETTLE
            United States District Judge

ORDER